IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | 2:15-CR-230 |
| | : | JUDGE FROST |
| v. | : | |
| | : | |
| VAUGHN ERIC STEPHENSON, JR., | : | |
|     Defendant. | : | |

PRELIMINARY ORDER OF FORFEITURE

WHEREAS, the Information (Doc. 12) filed in this action contained a forfeiture allegation (Forfeiture A) notifying Defendant Vaughn Eric Stephenson, Jr., that the United States sought the forfeiture of specific property, pursuant to 18 U.S.C. § 924(d)(1), based on the conduct of Defendant Vaughn Eric Stephenson, Jr., in Count One of the Information, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a), which property is fully described below ("subject property"); and

WHEREAS, on November 2, 2015, Defendant Vaughn Eric Stephenson, Jr., entered a Plea of Guilty to Count One of the Information; and

WHEREAS, in the Plea Agreement (Doc. 13) filed on October 6, 2015, Defendant Vaughn Eric Stephenson, Jr., agreed to voluntarily surrender for forfeiture to the United States the firearms and any ammunition seized by law enforcement authorities involved in his investigation.  Defendant Vaughn Eric Stephenson, Jr., gave up any ownership rights he may have in this property and agreed not to contest the forfeiture, whether administrative, civil or criminal of the firearm and any ammunition that are the subject of Forfeiture A of the Information.  Defendant Vaughn Eric Stephenson, Jr., waived any rights he may have to notice and an opportunity to be heard concerning the disposition of the subject property.  Finally,

Defendant Vaughn Eric Stephenson, Jr., agreed to forfeit all of his right, title, and interest in the firearm and any ammunition and agreed to give full assistance to the United States to resolve in its favor any claim by another to the subject property.

WHEREAS, by virtue of said Information, Guilty Plea, and Plea Agreement the Court has determined that the requisite nexus exists between the subject property and Count One of the Information, that the subject property is forfeitable pursuant to 18 U.S.C. § 924(d)(1), and that the United States is now entitled to possession of the subject property.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED:**

1. That Defendant Vaughn Eric Stephenson, Jr., shall forfeit to the United States the subject property that is:

   **A Ruger, Model P95DC, 9mm pistol, SN: 31188240, including any ammunition.**

2. That the designated agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall immediately seize the subject property and hold same in its secure custody and control.

3. That the United States is authorized to conduct any discovery proper in identifying, locating or disposing of the subject property in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. That the United States shall publish, in accordance with the provisions of 21 U.S.C. § 853(n), notice of this Order and notice of its intent to dispose of the subject property in such manner as the Attorney General may direct.

5. The United States shall also provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding in accordance with Fed. R. Crim. P. 32.2(b)(6).

6. That pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant Vaughn Eric Stephenson, Jr., at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

7. That following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n), or, if no such petitions are filed, following the expiration of the period for the filing of such petitions, the United States shall have clear title to the subject property.

8. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

ORDERED this 9th day of December, 2015.

   /s/   GREGORY L. FROST
HONORABLE GREGORY L. FROST
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M.STEWART
United States Attorney

   s/Salvador A. Dominguez
SALVADOR A. DOMINGUEZ (0056232)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5653
Sal.Dominguez@usdoj.gov

3