## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**VAUGHN ERIC STEPHENSON, JR.,**

        **Petitioner,**

        **v.**

**UNITED STATES OF AMERICA,**

        **Respondent.**

        **CASE NO. 2:17-CV-00007**
        **CRIM. NO. 2:15-CR-230**
        **JUDGE JAMES L. GRAHAM**
        **Magistrate Judge Kimberly A. Jolson**

### OPINION AND ORDER

On March 16, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the *Motion to Vacate under 28 U.S.C. § 2255* (ECF No. 39) be dismissed, and denying Petitioner's *Motion to Appoint Counsel* (ECF No. 41) and Respondent's *Motion to Stay* (*see* ECF No. 43). (ECF No. 44.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 44) is **ADOPTED** and **AFFIRMED**. The *Motion to Vacate* (ECF No. 39) is denied, and this action is hereby **DISMISSED.**

        **IT IS SO ORDERED.**

Date: April 7, 2017

        _____s/James L. Graham_____
        JAMES L. GRAHAM
        United States District Judge